UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DLJ MORTGAGE CAPITAL, INC.

Plaintiff,

-v-

SECURED BANKERS MORTGAGE COMPANY

Defendant.

Case No. 08 CIV 5282

JUDGE HELLERSTEIN

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DLJ Mortgage Capital, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Credit Suisse Holdings (USA), Inc.
Credit Suisse (USA), Inc.
Credit Suisse Financial Corporation
Column Financial, Inc.
DLJ Real Estate Capital Partners, Inc.
Credit Suisse Premium Finance, LL

**Date:** 6-5-08

**Signature of Attorney**

**Attorney Bar Code:** RAP9070

Form Rule7_1.pdf  SDNY Web 10/2007